## BROWN *v.* THE STATE.

COBB, J. The evidence authorized the verdict, and there was no error in denying a new trial.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted May 16, — Decided June 13, 1905.

Indictment for murder. Before Judge Freeman. Coweta superior court. April 27, 1905.

*J. W. Shell, W. L. Stallings,* and *A. H. Freeman,* for plaintiff in error.

*John C. Hart, attorney-general,* and *J. R. Terrell, solicitor-general,* contra.